**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x  Civil Action No.: CV-05-1351 (DLI)(RML)

UNITED STATES OF AMERICA,                    §
                                             §
                      Plaintiff,             §
          - against-                         §
                                             §
QUANDA Y. NEWELL,                            §
                                             §
                      Defendant.             §
---------------------------------------------------------------x

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 2 3 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Quanda Y. Newell failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Quanda Y. Newell:

**Claim No.** C-102242W

| | |
|---|---|
| Principal Balance: | $2,832.69 |
| Total Interest Accrued at 8.000%: | $3,052.83 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $6,165.52 |
| Attorney's Fees: | $1575.00 |
| Total Owed: | $7740.52 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

_September 21_ , 2005

_____/s/_____

Dora L. Irizarry
United States District Judge